IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| RIC CROSSFIELD, JR. | : | NO. 18-352-5 |

ORDER

AND NOW, this 26th day of September, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant for reconsideration of the denial of pretrial release (Doc. # 36) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                J.