IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RIC CROSSFIELD, JR. | : | NO. 18-352-5 |

ORDER

AND NOW, this 27th day of July, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of Ric Crossfield for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for the appointment of counsel to represent him for the motion are DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.